IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ROBERT CLYDE SPANGLER                                                                PLAINTIFF

   v.      Civil No.  11-5202

DEPUTY MARTINEZ, Benton
County Detention Center; and
DEPUTY GRIGGS, Benton
County Detention Center                                                              DEFENDANTS

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

This is a civil rights action filed pursuant to the terms of 42 U.S.C. § 1983. Plaintiff proceeds *pro se* and *in forma pauperis.*

When he filed this action, Plaintiff was incarcerated in the Benton County Detention Center (BCDC). On November 7th, 2011, and on November 17th, 2011, the Court received returned mail indicating Plaintiff was no longer at the BCDC. On March 18th, Court staff obtained Plaintiff's current address which was the East Arkansas Unit of the Arkansas Department of Correction (ADC). A change of address was entered for the Plaintiff (Doc. 8).

On June 20, 2012, mail sent to the Plaintiff at the ADC was returned to the Court marked "paroled." On that same day, Court staff obtained the address Plaintiff had provided as his home address and a change of address was entered (Doc. 21).

Defendants have filed motions to dismiss (Docs. 22 & 24). In the first motion (Doc. 22), Defendants indicate that Plaintiff has not responded to discovery requests as directed by the Court (Doc. 19). In the second motion (Doc. 24), Defendants state they have been unable to serve any documents on the Plaintiff.

-1-

Plaintiff has not provided the Court with his current address. When he filed this case, Plaintiff was specifically advised of his obligation to keep the Court informed of his current address and that failure to do so could result in the dismissal of this case (Doc. 3).

The last documents filed by the Plaintiff were the complaint and the motion to proceed *in forma pauperis* (Docs. 1-2). Plaintiff has not responded to any motions filed by the Defendants including the two motions to dismiss.

I therefore recommend that the motions to dismiss (Docs. 22 & 24) be granted and this case be dismissed with prejudice for failure to prosecute and for failure to obey the orders of the Court. Fed. R. Civ. P. 41(b); Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas.

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 4th day of December 2012.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)