```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      FAYETTEVILLE DIVISION

ROBERT CLYDE SPANGLER                                      PLAINTIFF

         v.              Civil No. 11-5202

DEPUTY MARTINEZ, Benton
County Detention Center; and
DEPUTY GRIGGS, Benton County
Detention Center                                          DEFENDANTS
```

### ORDER

Now on this 7TH day of January, 2013, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (document #27), to which there are no objections, and the Court, being well and sufficiently advised, finds that the Report And Recommendation is sound in all respects, and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation of the Magistrate Judge** (document #27) is **adopted in its entirety**.

**IT IS FURTHER ORDERED** that this matter is **dismissed on the grounds that plaintiff has failed to respond to a Court order and failed to prosecute this action.** *See* Fed. R. Civ. P. 41(b); Rule 5.5(c)(2) of the Local Rules of the Eastern and Western Districts of Arkansas.

**IT IS SO ORDERED.**

```
                              /s/ Jimm Larry Hendren
                            JIMM LARRY HENDREN
                            UNITED STATES DISTRICT JUDGE
```